## INDEX

Complaint..................................................................................................................................

Rule Docket ................................................................................................................ Ex. A

Third Amended Complaint ........................................................................................ Ex. B

October 23, 2003 Special Master Report ................................................................... Ex. C

December 15, 2004 Order........................................................................................... Ex. D

Motion to Withdraw....................................................................................................Ex. E

March 15, 2005 Order..................................................................................................Ex. F

September 27, 2005 Order .......................................................................................... Ex. G

February 8, 2005 Special Master's Report ................................................................. Ex. H

September 22, 2005 Special Master's Report..............................................................Ex. I

February 17, 2005 Special Master's Report ................................................................ Ex. J

September 23, 2005 Motion for Disbursement........................................................... Ex. K

September 27, 2005 Motion........................................................................................Ex. L

December 14, 2005 Order.......................................................................................... Ex. M

January 29, 2007 Order.............................................................................................. Ex. N

Tolling Agreement ..................................................................................................... Ex. O

Cooper SEC Filings ....................................................................................................Ex. P

Tolling Extensions ..................................................................................................... Ex. Q

August 12, 2008 Opinion and Order.......................................................................... Ex. R

3rd Cir. Docket Entry....................................................................................................Ex. S

Filed Notice of Removal.............................................................................................Ex. T

Dismissal Notice ........................................................................................................ Ex. U

4707896v1