IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE
EQUITY DIVISION

| | |
|---|---|
| NEW MIDLAND PLAZA ASSOCIATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. E-18053 |
| FIRST UNION NATIONAL BANK, et al., | ) |
| Defendants. | ) |

FILED
MAR 04 2005
JAMES A CARROLL
CLERK & MASTER

## MOTION TO WITHDRAW

Now comes Ross Cooper and the firm of Shulman, Rogers, Gandal, Pordy & Ecker P.A. and for good cause shown and with consent of Plaintiffs, Ross Cooper and the firm of Shulman, Rogers, Gandal, Pordy & Ecker P.A. moves the Court to withdraw as one of the counsel of record in this cause.

RESPECTFULLY SUBMITTED this 8th day of March, 2005.

Ross Cooper, Esquire
SHULMAN, ROGERS, GANDAL,
    PORDY & ECKER, P.A.
11921 Rockville Pike, 3rd Floor
Rockville, MD  20852
(301) 230-5239

I hereby certify that the within is a true
Copy of the original filed in this court.
James A Carroll
Clerk & Master

EXHIBIT
E

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of March, 2005, caused a true and correct copy of **MOTION TO WITHDRAW** shall be served on the following by first-class mail, postage prepaid:

John A. Lucas, Esquire
Hunton & Williams
900 South Gay Street
Suite 2000
Knoxville, TN 37901-0951

Charles W. VanBeke, Esquire
Martin B. Bailey, Esquire
W. Turner Boone, Esquire
Wagner, Myers & Sanger, P.C.
1801 First Tennessee Plaza
P.O. Box 1308
Knoxville, TN 37901-1308

Thomas S. Scott, Jr., Esquire
Ball & Scott
550 W. Main Avenue
Suite 750
Knoxville, TN 37902

Larry Hutcher, Esquire
Davidoff & Malito, LLP
605 Third Avenue, 34th Floor
New York, NY 10158

_____
DAVID BLACK, ESQUIRE