IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE
EQUITY DIVISION

NEW MIDLAND PLAZA ASSOCIATES, et al,

    Plaintiffs,

v.    CIVIL ACTION NO. E-18053

FIRST UNION NATIONAL BANK, et. al.,

    Defendants.

**ORDER**

In this cause, upon motion of Ross Cooper and the firm of Shulman, Rogers, Gandal, Pordy & Ecker P.A. and for good cause shown, it is ORDERED that Ross Cooper and the firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A. are permitted to withdraw as one of the counsel of record for the Plaintiffs.

ENTER this the 15th day of March, 2005.

W. DALE YOUNG, JUDGE

APPROVED FOR ENTRY:

Ross Cooper, Attorney

David T. Black, Attorney for
Plaintiffs

I, James Carroll Clerk and Master of the CIRCUIT COURT at Maryville, TN hereby certify that the within is a true copy of the Order entered in case No E-18053 on the 15th day of March, 2005 Entered Min. Book 133 Page 509
By CMyers

EXHIBIT F

ENTERED 3-15-05
BOOK 133 PAGE 509

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of March, 2005, caused a true and correct copy of **ORDER** shall be served on the following by first-class mail, postage prepaid:

John A. Lucas, Esquire
Hunton & Williams
900 South Gay Street
Suite 2000
Knoxville, TN 37901-0951

Charles W. VanBeke, Esquire
Martin B. Bailey, Esquire
W. Turner Boone, Esquire
Wagner, Myers & Sanger, P.C.
1801 First Tennessee Plaza
P.O. Box 1308
Knoxville, TN 37901-1308

Thomas S. Scott, Jr., Esquire
Ball & Scott
550 W. Main Avenue
Suite 750
Knoxville, TN 37902

Larry Hutcher, Esquire
Davidoff & Malito, LLP
605 Third Avenue, 34th Floor
New York, NY 10158

_____
DAVID BLACK, ESQUIRE