IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE
EQUITY DIVISION

| | |
|---|---|
| NEW MIDLAND PLAZA ASSOCIATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. E-18053 |
| FIRST UNION NATIONAL BANK, et. al., | ) |
| Defendants. | ) |

## MOTION TO ALTER OR AMEND ORDER

Now comes the Plaintiff, New Midland Plaza Associates, a Tennessee general partnership, and respectfully moves the Court to alter or amend the Order entered this day, September 27, 2005, with regard to the directive that New Midland Plaza Associates shall make payment to Wagner, Myers & Sanger by 5:00 p.m. today of the difference between $1,629,872.40 minus the total amount of the funds on deposit as of the date of this Order. The Order prepared and presented by counsel for Alcoa Calderwood and signed by the Court is impossible to perform by 5:00 p.m. today.

Plaintiff further renews its objections to:

(a) The propriety of the notice of hearing (*i.e.*, a letter that counsel had arranged with the Clerk last Friday to hear a yet to be filed Motion on Tuesday (today).

(b) A violation of the Court's previous Order that any Motions are to be scheduled jointly with counsel and that the Court would entertain no Motion unless counsel had conferred and attempted to agree upon the date.

(c) The refusal of the Court to allow Plaintiff ten (10) days to file any objections or comments regarding the Report of Special Master Winchester, all as more particularly provided by Rule 53 of the Tennessee Rules of Civil Procedure.

Plaintiff further submits that the Order prepared by the Defendants is draconian and attempts to once again set the Plaintiff up for contempt of Court when in fact any difference in monies due and owing should be reflected in a Judgment.

WHEREFORE, Plaintiff prays that the Order of September 27, 2005, be amended and that the claimed difference be reflected only in a judgment.

RESPECTFULLY SUBMITTED,

KIZER & BLACK, ATTORNEYS, PLLC

BY: _____

DAVID BLACK, ESQUIRE
329 Cates Street
Maryville, TN 37801
(865) 982-7650
Tn Bar 000999

And

BRIAN P. FLAHERTY, ESQUIRE
Wolf, Block, Schorr and Solis-Cohen, LLP
1650 Arch Street
22nd Floor
Philadelphia, Pennsylvania 19103-2097

I hereby certify that the within is a true Copy of the original filed in this court.

_____
Clerk & Master

## CERTIFICATE OF SERVICE

I hereby certify that I have this 27th day of September, 2005, caused a true and correct copy of **MOTION TO ALTER OR AMEND ORDER** shall be served on the following by facsimile transmission and first-class mail, postage prepaid:

John A. Lucas, Esquire
Hunton & Williams
900 South Gay Street
Suite 2000
Knoxville, TN 37901-0951

Charles W. VanBeke, Esquire
Martin B. Bailey, Esquire
W. Turner Boone, Esquire
Wagner, Myers & Sanger, P.C.
1801 First Tennessee Plaza
P.O. Box 1308
Knoxville, TN 37901-1308

Thomas S. Scott, Jr., Esquire
Ball & Scott
550 W. Main Avenue
Suite 750
Knoxville, TN 37902

Larry Hutcher, Esquire
Davidoff & Malito, LLP
605 Third Avenue, 34th Floor
New York, NY 10158

_____
DAVID BLACK, ESQUIRE