STATE OF TENNESSEE
CIRCUIT COURT OF BLOUNT COUNTY

NEW MIDLAND PLAZA ASSOCIATES, )
A Tennessee General Partnership, )
MARTIN E. O'BOYLE, et al., )
)
        Plaintiffs, )
) CIVIL ACTION NO. E-18053
v. )
)
FIRST UNION NATIONAL BANK, )
et al., )
)
        Defendants. )

## JUDGMENT ORDER

This matter came before the Court for hearing on December 14, 2005, on various motions including Plaintiffs' *Motion to Set Aside, Alter or Amend the Interlocutory Order Entered on December 15, 2004, Regarding Acceptance of the Special Master's Recommendations for Summary Judgment* ("Motion to Set Aside"). Based upon the Court's review of the record, it is ORDERED that the Motion to Set Aside is DENIED; and it is further ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Defendants and against Plaintiffs on all claims and that the Plaintiffs' Third Amended Complaint is dismissed, with prejudice.

Costs in this matter are taxed to the Plaintiffs, c/o Martin E. O'Boyle, 1280 West Newport Center Drive, Deerfield Beach, Florida 33442 and his surety Kizer and Black, 329 Cates Street, Maryville, Tennessee 37801, for which execution may issue if necessary.

ENTERED this 14th of December, 2005.

_____
Honorable W. Dale Young

EXHIBIT
M

SHU-00230
Case 3:09-cv-00169 Document 13-14 Filed 06/29/09 Page 1 of 2 PageID #: 475

APPROVED AS TO FORM BY:

*[signature]*

John A. Lucas (011198)
James S. Chase (020578)
**Hunton & Williams**
900 South Gay Street, Suite 2000
Knoxville, Tennessee 37902
(865) 549-7700
Counsel for First Union National Bank

---

David Black (000999)
**Kiser and Black**
329 Cates Street
Maryville, Tennessee 37801
Counsel for Plaintiffs

*[signature]*

Charles W. Van Beke (001335)
**Wagner, Myers & Sanger**
1801 First Tennessee Building
800 S. Gay Street
Knoxville, Tennessee 37901-1308
Counsel for Defendants Coolidge, Somerset
Alcoa, LLC, Marshall Allan and Fred Stahl

*[signature]*

Thomas S. Scott, Jr. (001086)
**Ball & Scott**
550 West Main Avenue, Suite 750
Knoxville, Tennessee 37901
Counsel for David Fraimow

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed to all parties or their counsel, by depositing same in the U.S. Mail, first class postage prepaid, this the 15th day of December, 20 05.

JAMES A. CARROLL
BY: *[signature]*